Prosper BALLEX v. Marvin GREEN.
No. 31750.

Supreme Court of Mississippi.
June 10, 1935.

Heidelberg & Roberts, of Hattiesburg, for appellant.

F. M. Morris, of Hattiesburg, for appellee.

PER CURIAM.
Affirmed.